UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:22-CV-00440-GNS-RSE

HIXSA D. COLE                                                                                                    PLAINTIFF

v.

MARINER FINANCE, LLC                                                                                 DEFENDANT

## **JUDGMENT**

This matter is before the Court on Defendant's Motion to Dismiss (DN 22), and the Court on this date having issued its Memorandum Opinion and Order granting the motion.

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED**.

This is a final and appealable order.

Greg N. Stivers, Chief Judge
United States District Court

May 19, 2023

cc:     counsel of record